Fill in this information to identify the case:

United States Bankruptcy Court for the:

__Northern__ District of __California__
(State)

Case number (If known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. Debtor's name | LR Greenview LLC | |
| 2. All other names debtor used in the last 8 years<br>Include any assumed names, trade names, and *doing business as* names | | |
| 3. Debtor's federal Employer Identification Number (EIN) | 8 6 – 2 5 7 7 8 4 8 | |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2977 Ygnacio Valley Road<br>Number    Street | 1230 Greenview Ct<br>Number    Street |
| Unit 2977 | P.O. Box |
| Walnut Creek       CA    94598<br>City             State   ZIP Code | Martinez         CA    94553<br>City             State   ZIP Code |
| Contra Costa<br>County | **Location of principal assets, if different from principal place of business**<br>Number    Street<br><br>City             State   ZIP Code |

5. Debtor's website (URL) _____

| Debtor | LR Greenview LLC | Case number (if known) |
|---|---|---|
| | Name | |

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☑ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   ___ ___ ___ ___

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☑ Chapter 11. *Check all that apply*:
     - ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
     - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   - ☑ No
   - ☐ Yes. District _____ When ____/____/____ Case number _____
     MM / DD / YYYY
     District _____ When ____/____/____ Case number _____
     MM / DD / YYYY

| Debtor | LR Greenview LLC | Case number (if known) |
|---|---|---|
| | Name | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes. Debtor _____ Relationship _____
District _____ When ____ / ____ / _____
Case number, if known _____ MM / DD / YYYY

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☒ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? 2977 Ygnacio Valley Road
Number    Street
Unit 2977
Walnut Creek                               CA    94597
City                                       State ZIP Code

**Is the property insured?**
☐ No
☒ Yes. Insurance agency   Sentinel Insurance Company, Ltd.
Contact name   Susan L. Castaneda
Phone          866-467-8730

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:
☐ Funds will be available for distribution to unsecured creditors.
☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49            ☐ 1,000-5,000      ☐ 25,001-50,000
☐ 50-99           ☐ 5,001-10,000     ☐ 50,001-100,000
☐ 100-199         ☐ 10,001-25,000    ☐ More than 100,000
☐ 200-999

| Debtor | LR Greenview LLC | Case number (if known) |
|---|---|---|
| | Name | |

15. **Estimated assets**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

16. **Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    I have been authorized to file this petition on behalf of the debtor.

    I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on  01 / 30 / 2025
    MM / DD / YYYY

    ✗ /s/ Joseph Lichens                    Joseph Lichens
    Signature of authorized representative of debtor    Printed name

    Title  Managing Member

18. **Signature of attorney**

    ✗ /s/ Erin Daly                         Date  01 /30 / 2025
    Signature of attorney for debtor              MM / DD / YYYY

    Erin Daly
    Printed name
    Regal Tax & Law Group, P.C.
    Firm name
    4 Embarcadero Center, Suite 1400
    Number    Street
    San Francisco                                CA        94111
    City                                         State     ZIP Code

    415.360.5850                                 erin@regaltaxlaw.com
    Contact phone                                Email address

    277838                                       CA
    Bar number                                   State

# LR Greenview LLC
## Balance Sheet
As of December 31, 2024

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Bank Accounts** | |
|       10100 CASH ON HAND | 2,383.00 |
|       10200 BOFA CHECKING #5839 | 6,160.40 |
|     **Total Bank Accounts** | **$8,543.40** |
|     **Other Current Assets** | |
|       13000 INVENTORY | 0.00 |
|         13100 INVENTORY - BEVERAGE | 0.00 |
|         13200 INVENTORY - PAPER/SMALLWARES | 719.74 |
|         13300 INVENTORY - FOOD | 2,124.80 |
|         13600 INVENTORY - GIFT CARD | 2,105.05 |
|       **Total 13000 INVENTORY** | **4,949.59** |
|       14700 PREPAID INTEREST | 16,988.50 |
|     **Total Other Current Assets** | **$21,938.09** |
|   **Total Current Assets** | **$30,481.49** |
|   **Other Assets** | |
|     13500 LOAN TO/FROM SHAREHOLDER | -406,374.53 |
|     16100 EQUIPMENT | 46,834.69 |
|     16200 LEASEHOLD IMPROVEMENTS | 212,315.91 |
|     16600 FURNITURE & FIXTURES | 22,118.66 |
|     16800 AUTO PURCHASE | 85,281.78 |
|     17000 ACCUMULATED DEPRECIATION | -113,292.64 |
|     17600 LOAN FEES | 14,809.22 |
|     17700 FRANCHISE FEE | 45,000.00 |
|     17900 ACCUMULATED AMORTIZATION | -18,757.00 |
|     18100 START-UP COSTS | 19,514.00 |
|     18700 SECURITY DEPOSITS ASSET | 4,889.17 |
|     19000 SUSPENSE | -22,696.00 |
|   **Total Other Assets** | **$ -110,356.74** |
| **TOTAL ASSETS** | **$ -79,875.25** |

Cash Basis  Wednesday, January 15, 2025 03:26 PM GMT-08:00                                                                 1/2

# LR Greenview LLC

## Balance Sheet
### As of December 31, 2024

|  | TOTAL |
|---|---:|
| **LIABILITIES AND EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Credit Cards** | |
|         24100 BOFA CC PARENT | |
|           24101 BOFA CC #6511 | 4,415.74 |
|           24102 BOFA CC JOSEPH #2561 | 817.06 |
|           24103 BOFA CC LENNENE #7625 | 1,436.35 |
|         Total 24100 BOFA CC PARENT | 6,669.15 |
|       **Total Credit Cards** | **$6,669.15** |
|       **Other Current Liabilities** | |
|         21000 PAYROLL LIABILITIES | 0.00 |
|         24000 CURRENT PORTION LT DEBT | -53,315.68 |
|         24200 VITALCAP MERCH ADV LOAN | 3,632.88 |
|         24300 UNITED FIRST PAYABLE $1849 | 6,321.15 |
|         24500 UNITED FIRST PAYABLE $942.15 | 70.00 |
|         24600 ITRIA VENTURE PAYABLE | 8,466.80 |
|         25000 NEWTEK LOAN #1 | 213,408.71 |
|         25100 NEWTEK LOAN #2 | 126,364.97 |
|         25200 CLOVER CAPITAL ADVANCE | 0.00 |
|         25400 TOAST CAPITAL LOAN | 3.34 |
|       **Total Other Current Liabilities** | **$304,952.17** |
|     **Total Current Liabilities** | **$311,621.32** |
|     **Long-Term Liabilities** | |
|       25500 WF AUTO LOAN-2022 GENESIS | 22,850.96 |
|       25510 CARMAX LOAN - 2020 TOYOTA HIGHLANDER | 24,483.27 |
|       26900 LESS CURRENT PORTION LT DEBT | 53,315.68 |
|     **Total Long-Term Liabilities** | **$100,649.91** |
|   **Total Liabilities** | **$412,271.23** |
|   **Equity** | |
|     30200 ADDITIONAL PAID IN CAPITAL | 8,700.00 |
|     30300 RETAINED EARNINGS | -319,613.31 |
|     30600 S-CORP DISTRIBUTION | 0.00 |
|     Net Income | -181,233.17 |
|   **Total Equity** | **$ -492,146.48** |
| **TOTAL LIABILITIES AND EQUITY** | **$ -79,875.25** |

# LR Greenview LLC

## Statement of Cash Flows
### January - December 2024

|  | TOTAL |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | -181,233.17 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
|   14700 PREPAID INTEREST | -11,112.50 |
|   24101 BOFA CC PARENT:BOFA CC #6511 | 1,597.91 |
|   24102 BOFA CC PARENT:BOFA CC JOSEPH #2561 | -1,899.60 |
|   24103 BOFA CC PARENT:BOFA CC LENNENE #7625 | 1,436.35 |
|   24000 CURRENT PORTION LT DEBT | -27,700.00 |
|   24200 VITALCAP MERCH ADV LOAN | 3,632.88 |
|   24300 UNITED FIRST PAYABLE $1849 | 6,321.15 |
|   24500 UNITED FIRST PAYABLE $942.15 | 70.00 |
|   24600 ITRIA VENTURE PAYABLE | 8,466.80 |
|   25000 NEWTEK LOAN #1 | -15,383.80 |
|   25100 NEWTEK LOAN #2 | -10,040.72 |
|   25400 TOAST CAPITAL LOAN | -31,996.63 |
| Total Adjustments to reconcile Net Income to Net Cash provided by operations: | -76,608.16 |
| **Net cash provided by operating activities** | **$ -257,841.33** |
| **INVESTING ACTIVITIES** | |
|   13500 LOAN TO/FROM SHAREHOLDER | 176,355.56 |
|   16800 AUTO PURCHASE | -30,293.73 |
|   17000 ACCUMULATED DEPRECIATION | 53,356.00 |
|   17600 LOAN FEES | -1,025.00 |
|   17900 ACCUMULATED AMORTIZATION | 5,346.00 |
| **Net cash provided by investing activities** | **$203,738.83** |
| **FINANCING ACTIVITIES** | |
|   25500 WF AUTO LOAN-2022 GENESIS | -3,487.32 |
|   25510 CARMAX LOAN - 2020 TOYOTA HIGHLANDER | 24,483.27 |
|   26900 LESS CURRENT PORTION LT DEBT | 27,700.00 |
|   30300 RETAINED EARNINGS | -5,868.00 |
|   30600 S-CORP DISTRIBUTION | 5,868.00 |
| **Net cash provided by financing activities** | **$48,695.95** |
| **NET CASH INCREASE FOR PERIOD** | **$ -5,406.55** |
| Cash at beginning of period | 13,949.95 |
| **CASH AT END OF PERIOD** | **$8,543.40** |